```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

JOSEPH A. PHILLIPS,
    Petitioner,

    v.                                CIVIL ACTION NO.
                                          10-11954-PBS
GARY RODEN,
    Respondent.

**PROCEDURAL ORDER**

**April 11, 2012**

**BOWLER, U.S.M.J.**

    Respondent Gary Roden ("respondent"), Superintendent of the Massachusetts Correctional Institute in Norfolk, Massachusetts ("MCI-Norfolk"), moves to dismiss the above styled petition for writ of habeas corpus filed by petitioner Joseph A. Phillips as a second or successive petition under 28 U.S.C. § 2244(b) of the Antiterrorism and Effective Death Penalty Act of 1996.  (Docket Entry # 16).  In September 2010, petitioner filed an application to file a second or successive petition in the First Circuit ("COA application").  Although respondent includes the appendix petitioner filed in the COA application (Docket Entry # 17, Ex. 6), respondent fails to include the application itself.  Pursuant to Rule 7 of the Rules Governing Section 2254 Cases, respondent is ordered to file the application on or before April 20, 2012.

                                              /s/   Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge