UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH A. PHILLIPS,
    Petitioner,

v.

                              CIVIL ACTION NO.
                              10-11954-PBS
GARY RODEN,
    Respondent.

**REPORT AND RECOMMENDATION RE:
RESPONDENT'S MOTION TO DISMISS THE HABEAS
PETITION AS SECOND OR SUCCESSIVE
(DOCKET ENTRY # 16)**

April 23, 2012

**BOWLER, U.S.M.J.**

    Respondent Gary Roden ("respondent"), Superintendent of the Massachusetts Correctional Institute in Norfolk, Massachusetts ("MCI-Norfolk"), moves to dismiss the above styled petition for writ of habeas corpus filed pro se by petitioner Joseph A. Phillips ("petitioner") pursuant to 28 U.S.C. § 2254 ("section 2254") as a second or successive petition under 28 U.S.C. § 2244(b) ("section 2244(b)") of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). Petitioner, an inmate at MCI-Norfolk, opposes the motion. (Docket Entry # 19).

    The nature of the argument requires examining petitioner's prior section 2254 petition, <u>Phillips v. Spencer</u>, 06-10456-NMG ("first federal habeas petition"), which challenged an August 24, 1992 conviction rendered in Massachusetts Superior Court (Norfolk County) ("the trial court"). The First Circuit denied a certificate of appealability ("COA") due to lack of a

[Handwritten annotations in left margin:]
5/16/2012
I adopt the report and recommendation without opposition. The motion to dismiss is allowed.
[signature]
Recommendation without objection allowed
PBS