UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH A. PHILLIPS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | C.A. No. 10-11954-PBS |
| v. | ) | App. No. 12-2093 |
| | ) | |
| GARY RODEN, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

January 23, 2013

Saris, U.S.D.J.

The motion for leave to appeal <u>in forma pauperis</u> is DENIED as it appears that the prisoner has sufficient funds to pay the appeal fee. According to the prison account statement submitted by the petitioner, when he filed this motion in September 2012 he had $1,125 in his person account and $2,838.90 in his savings account. Further, in the six months preceding the filing of the motion he received almost $10,000 in income.

If the petitioner would like to pursue <u>in forma pauperis</u> status, he may file a motion with the Court of Appeals.[1] The Clerk shall provide the petitioner with a form Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis.

---

[1] <u>See</u> Fed. R. App. P. 26(a)(5) ("A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after service of [the district court's notice of denial of a motion to appeal in forma pauperis]. The motion must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action. If no affidavit was filed in the district court, the party must include the affidavit prescribed by Rule 24(a)(1).").

The Clerk shall transmit a copy of this order to the United States Court of Appeals for the First Circuit.

    /s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE